**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.      CASE NO. 4:09CR00099 | |
| RANDEEP MANN, and<br>SANGEETA MANN a/k/a SUE MANN | DEFENDANTS |

## ORDER

Defendant Randeep Mann ("Mann") moves to sever co-defendant Sangeeta Mann and offenses (Doc. No. 82) as charged in the January 5, 2010, second superseding indictment. Sangeeta Mann moves to join the motion (Doc. No. 84). The Government opposes the motion to sever (Doc. No. 92) and Mann replied (Doc. No. 96). Mann's motion to sever is denied. Sangeeta Mann's motion to join is therefore denied as moot.

For the relevant background, see the February 17, 2010 order (Doc. No. 79) in which Sangeeta Mann's motion to sever defendants (Doc. Nos. 61, 73) was denied. Although Mann's motion is well taken, there is no reason to depart from the February 17, 2010 order. In addition, the second superseding indictment sufficiently alleges the propriety of joinder of defendants and offenses.

Accordingly, defendant Randeep Mann's motion to sever (Doc. No. 82) is denied. Defendant Sangeeta Mann's motion to join (Doc. No. 84) is denied as moot.

IT IS SO ORDERED THIS 16th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE