**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                             **CASE NO. 4:09CR00099 BSM**

**RANDEEP MANN, and
SANGEETA MANN a/k/a SUE MANN**                                        **DEFENDANTS**

## ORDER

The government moves to amend/correct (Doc. No. 89) a typographical error in Count Two of the Second Superseding Indictment (the "indictment") and defendants have not responded. The government's motion is granted.

Count Two of the indictment charges the following:

On February 4, 2009, in the Eastern District of Arkansas, the defendant, Randeep Mann, aided and abetted by a person and persons unknown to the Grand Jury, did maliciously damage, destroy and attempt to damage and destroy, by means of an explosive, a vehicle, to wit: a white 2005 Lexus VIN JTJHW31U982853031, used in interstate commerce and in an activity affecting interstate commerce, and such conduct directly and proximately resulted in personal injury to a person known to the Grand Jury. All in violation of Title 18, United States Code, Section 844(i).

The government maintains that the year model of the Lexus at issue in Count Two is incorrect and moves to amend the indictment to reflect the correct year model. The government's motion clarifies and corrects the indictment without changing its substance and there is no prejudice to defendants in permitting the correction. *See United States v. Krall*, 835 F.2d 711, 714-15 (8th Cir. 1987).

Accordingly, the government's motion to amend/correct (Doc. No. 89) is granted.

IT IS SO ORDERED this 16th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE