**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                          **CASE NO.: 4:09CR00099-01 BSM**

**RANDEEP MANN**                                                          **DEFENDANT**

**ORDER**

Defendant Randeep Mann's motion for a judgment of acquittal or, in the alternative, for a new trial [Doc. No. 171], is denied.

Randeep Mann was charged on eight counts and convicted on seven of them. His motion [Doc. No. 171] challenges his conviction on two of those counts: conspiracy to obstruct, influence, and impede an official proceeding, in violation of 18 U.S.C. § 1512(k) ("count seven"); and concealing and attempting to conceal documents and objects with the intent to impair their use in an official proceeding, in violation of 18 U.S.C. § 1512(c)(1) and (2) ("count eight"). His case was tried before a jury for five weeks. After hearing the evidence, the jury convicted him on both counts seven and eight.

Having reviewed the motion [Doc. No. 171] and the briefs in support [Doc. No. 170] and in opposition [Doc. No. 173], it is hereby determined that Randeep Mann's motion should be and hereby is denied.

IT IS SO ORDERED THIS 9th day of September 2010.

_____
UNITED STATES DISTRICT JUDGE