# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              4:09-CR-00099-BSM

RANDEEP MANN
SANGEETA MANN                                          DEFENDANTS

## TEMPORARY RESTRAINING ORDER

The government moves for a temporary restraining order against Randeep and Sangeeta Mann ("the Manns"). The government requests an order preventing the Manns from dissipating any assets, requiring them to provide copies of the Affidavits of Financial Means from their divorce proceeding to the United States, and requiring them to provide affidavits to the Probation Officer describing their financial status. For good cause shown, the motion for a temporary restraining order is granted in part and denied in part.

The defendants are restrained from transferring, dissipating, and/or selling any interest they have in any asset. The Temporary Restraining Order shall remain in force until May 11, 2011, at which time arguments will be heard in support of and in opposition to continuation of the restraining order.

The defendants are further ordered to provide copies of the Affidavits of Financial Means from their divorce proceeding to the United States on or before May 5, 2011. Because these affidavits should provide the government with sufficient information regarding the Mann's assets, the government's request for additional affidavits is denied.

IT IS SO ORDERED this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE