**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                  **CASE NO. 4:09CR00099-01 BSM**

**RANDEEP MANN**                                                       **DEFENDANT**

## AMENDED RESTITUTION ORDER

The government moves [Doc. No. 288] to amend the restitution order [Doc. No. 287] entered on May 13, 2011. The government states that the amount of restitution presented in the parties' briefs and at the restitution hearing was inaccurate. The defendant does not object to the motion to amend. For cause shown the motion to amend [Doc. No. 288] is granted.

The total restitution owed by defendant Randeep Mann is amended to $1,015,281.24. This amount should be distributed as follows: $404,751.38 to Golden Rule Insurance, $33,995.64 to Encompass Insurance, $496,608.28 to Dr. Trent Pierce, and $79,925.94 to UNUM. The restitution is due payable immediately upon the entry of this order.

IT IS SO ORDERED this 15th day of June 2011.

                                                                    UNITED STATES DISTRICT JUDGE