**United States District Court**
**For the Eastern District of Arkansas**

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| * | |
| Plaintiff, * | |
| * | District Court Docket Number: |
| vs. * | 4:09CR00099 BSM |
| * | |
| RANDEEP MANN * | |
| * | |
| Defendant. * | |

### THIRD (OR SECOND AMENDED) NOTICE OF APPEAL

Notice is hereby given that Randeep Mann appeals to the United States Court of Appeals for the Eighth Circuit from the Amended Restitution Order entered on June 15, 2011.

On March 2, 2011, the district court entered a Judgment in a Criminal Case (Doc. 222) sentencing the defendant to concurrent terms of imprisonment of life, 360 months, 120 months, and 60 months and to pay a fine of $100,000. On March 4, 2011, the defendant filed a timely notice of appeal from the March 2, 2011, Judgment in a Criminal Case.

On May 13, 2011, the district court entered a Restitution Order in the amount of $1,136,35530, (Doc. 287), and, on May 16, 2011, the district court entered a Preliminary Injunction against the defendant. (Doc. 289) On May 26, 2011, the defendant filed a "Second (or Amended) Notice of Appeal from the Restitution Order and Preliminary Injunction Order."

On June 15, 2011, the district court entered an Amended Restitution Order. (Doc. 296) This Third (or Second Amended) Notice of Appeal serves as notice of the defendant's intent to appeal from the June 15, 2011 order.

This Third (or Second Amended) Notice of Appeal serves to appeal from the Judgment in a Criminal case and all subsequent, post-judgment orders. In *United States v. Cheal*, 389 F.3d 35

(1st Cir. 2004), the First Circuit considered, as a matter of first impression, whether it had jurisdiction to consider an appeal from a deferred restitution order where the defendant filed a notice of appeal following the judgment in a criminal case. While holding that the notice of appeal also preserved for review the subsequent restitution order, the Court stated, "Indeed, looking to the future, we think that, as a general proposition, a deferred restitution order entered pursuant to § 3664(d)(5), subsequent to a final judgment of conviction which has already been appealed, should be the subject of a second notice of appeal." *Id.* at 53.

This Court does not appear to have addressed the issue, but, in light of *United States v. Cheal*, 389 F.3d 35 (1st Cir. 2004), the defendant hereby files this third, or second amended, notice of appeal to ensure that he has preserved for appellate review all issues relating to the trial, the sentencing, the restitution, and the injunction.

Respectfully submitted,

J. BLAKE HENDRIX
813 West Third Street, Ste. 200
Little Rock, Arkansas 72201
(501) 376-0679
hendrixlaw@mac.com

BY: /s/ J. Blake Hendrix
     J. BLAKE HENDRIX
     BAR NO. 86066

**TRANSCRIPT ORDER FORM**
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

| | | |
|---|---|---|
| [X] Prepare a transcript of: | | I am not ordering a transcript |
| [ ] Pretrial proceedings | | |
| [ ] Testimony or Portions thereof | | Other (Specify) |

2

| | | |
|---|---|---|
| ☐ | | Sentencing |
| ☐ | X | Post Trial Proceedings |
| ☐ | | Other (Specify) |

CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b): Method of payment: Funds

INFORMATION SHEET
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Incarcerated, in transit

2. Date of Verdict: August 9, 2010     X Jury     Non-Jury

    Offenses:     Use of a Weapon of Mass Destruction;

               Use of an Explosive Resulting in Personal Injury;

               Possession of Unregistered Firearm;

               Possession of Unregistered Firearms;

               Possession of Machinegun;

               Conspiracy to Obstruct Official Proceeding;

               Aiding and Abetting Tampering with Evidence

    Trial Testimony - Number of Days: 25     Bail Status: incarcerated

3. Sentence and Date Imposed: March 2, 2011; life

4. Appealing:     Sentence     Conviction     X Both

    Challenging: Conviction, sentence, restitution, injunction

5. Date Transcript ordered by Counsel or District Court:
    Stenographer in Charge: Judith Ammons
    (Name, Address, Phone) 500 W. Capitol
                   Little Rock, AR 72201
                   (501) 604-5165

6. Trial Counsel was:     Appointed     X Retained

    Does Defendant's financial status warrant appointment of counsel on appeal?
                   Yes     X No

|  |
|---|
| Affidavit of Financial Status filed:    N/A |
| Is there any reason why trial counsel should not be appointed as counsel on appeal?  ☐     N/A |
| 7.    Assistant U.S. Attorney Name and Phone Number:  Michael Gordon                                                                                                (501) 340-2600 |
| **Court Reporter Acknowledgment** |
| _____        _____        _____<br>   Date Order Received              Estimated Completion Date              Estimated Number of Pages |
| _____        _____<br>           Court Reporter's Signature                                      Date |