AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT: RANDEEP MANN
CASE NUMBER: 4:09CR00099-01 BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 02 2011

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

LIFE ON COUNT 1ss; THREE HUNDRED SIXTY (360) MONTHS ON COUNT 2ss; ONE HUNDRED TWENTY (120) MONTHS ON COUNTS 3ss, 5ss AND 6ss; AND SIXTY (60) MONTHS ON COUNTS 7ss AND 8ss, ALL TO RUN CONCURRENTLY WITH EACH OTHER.

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in and educational and vocational programs during incarceration.
Defendant shall serve his term of imprisonment at BOP - Federal Medical Center.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____   ☐ a.m.   ☐ p.m.   on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4-15-11__ to __USP McCreary__
at __Pine Knot KY__, with a certified copy of this judgment.

__J. R. Ormond__
UNITED STATES MARSHAL

By _____
(DEPUTY UNITED STATES MARSHAL)