IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

4:09CR00099-01 BSM

v.

RANDEEP MANN                                                        DEFENDANT

MOTION FOR TURNOVER ORDER

The United States, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant U.S. Attorney for said district respectfully moves for the Court to issue an Order directing Dr. Randeep Mann to pay or turn over the $413,259.67 he received in back payment of disability insurance benefits and future disability insurance monthly payments he receives to the United States District Clerk's Office to be applied to his restitution debt.  The United States submits that the Court has the authority to issue this Order pursuant to the All Writs Act to effectuate 18 U.S.C. § 3664(n).  A Memorandum of Law is filed in support of this Motion.

**WHEREFORE**, the United States requests that the Court grant its Motion and issue an order directing that Dr. Mann pay or turn over $413,259.67 and future monthly

payments of disability insurance benefits he receives to the United States District Clerk's Office to be applied to his restitution debt.

           Respectfully submitted,

           CHRISTOPHER R. THYER
           U.S. ATTORNEY

           By:   */s/ Stacey E. McCord*
           Assistant U.S. Attorney
           AR Bar Number 87114
           P.O. Box 1229
           Little Rock, AR 72203
           (501) 340-2630
           Stacey.McCord@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on April 2, 2013, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to the following,

Jeff Rosenzweig
jrosenzweig@att.net

Timothy O. Dudley
todudley@swbell.net

Danny Crabtree
danny.crabtree@sbcglobal.net

Erin Cassinelli Couch
erin@lassiterandcouch.com

Jack Lassiter
jack@lassiterandcouch.com

J. Blake Hendrix
hendrixlaw@mac.com

John Wesley Hall , Jr.
forhall@aol.com

Peter Drake Mann
mann@gill-law.com

Linda S. Sheffield
linda@sheffieldlawfirm.com

                              */s/ Stacey E. McCord*
                              Assistant U.S. Attorney