## EXHIBIT 1

| NUMBER | DESCRIPTION OF CONTRABAND NFA WEAPONS |
|---|---|
| 1 | One Black, Heckler And Koch, 9mm, Machine Gun, Model MP5K, Bearing Serial Number: 21-23285 |
| 2 | One Black, Heckler And Koch, 9mm, Machine Gun, Model MP5SD, Bearing Serial Number: 43-12981 |
| 3 | One Black, Heckler And Koch, 9mm, Machine Gun, Model SP89, Bearing Serial Number: 21-18720 |
| 4 | One Black, Heckler And Koch, 9mm, Machine Gun, Model MP5, Bearing Serial Number: 12204 |
| 5 | One Black Valmet, .556 Caliber, Machine Gun, Model Unknown, Bearing Serial Number: 162106 |
| 6 | One Black, Colt, .40 Caliber, Machine Gun, Model M203, Bearing Serial Number: 104164 |
| 7 | One Two Tone, Feg, .762 Caliber, Machine Gun, Model SA 85M, Bearing Serial Number: SM00164 |
| 8 | One Black, Polytechnologies, .762 Caliber, Machine Gun, Model AKS-223, Bearing Serial Number: Pw85-000629 |
| 9 | One Black Heckler And Koch, .308 Caliber, Machine Gun, Model G3, Bearing Serial Number: A016116 |
| 10 | One Black, FNH USA, LLC, 9mm, Machine Gun, Model FNC, Bearing Serial Number: FN037768 |
| 11 | One Black, FNH USA, LLC, .556 Caliber, Machine Gun, Model FNC, Bearing Serial Number: So12524 |
| 12 | One Black Colt, .556 Caliber, Machine Gun, Model: AR-15, Bearing Serial Number: 209252 |
| 13 | One Black, Colt, .40 Caliber, Destructive Device, Model M203, , Bearing Serial Number: 175521 |
| 14 | One Black, Steyr, .556 Caliber, Machine Gun, Model AUG/SA, Bearing Serial Number: 903SA829 |
| 15 | One Black, Steyr, .556 Caliber, Machine Gun, Model AUG/SA, Bearing Serial Number: 903SA027 |

| NUMBER | DESCRIPTION OF NON-NFA WEAPONS |
|---|---|
| 1 | One D.C. Industries, .762 caliber pistol, serial number 3004688 |
| 2 | One Australian Automatic Arms, unknown caliber pistol, serial number SAP100802 |
| 3 | One Briefcase Made to Contain a Sub-Machine Gun |
| 4 | One Plastic Bags Containing a Trigger Group, Unknown Manufacturer |
| 5 | One Plastic Bag Containing Two Trigger Groups, Unknown Manufacturer |
| 6 | One Plastic Bag Containing a Trigger Group, Unknown Manufacturer |
| 7 | Assorted Ammunition |