IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

v.   CASE NO. 4:09CR00099 BSM

**RANDEEP MANN and
SANGEETA MANN**



### TRENT P. PIERCE'S RESPONSE IN OPPOSITION TO MOTION TO AUTHORIZE DESTRUCTION OF CONTRABAND AND OTHER EVIDENCE

Comes Respondent, Trent P. Pierce, by his attorney, Robert M. Cearley, Jr., and for his Response in Opposition to Motion to Authorize Destruction of Contraband and Other Evidence, states and alleges:

1. The government seeks an order of this Court authorizing the destruction of firearms, firearms parts, and ammunition which are the property of Defendant and in which Respondent has both a legal and an equitable interest as a victim of the crimes of which Defendant Randeep Mann was convicted and as a judgment creditor of the judgement of restitution entered in this case.

2. Defendant Randeep Mann is serving a life-term in federal prison and the "seized firearms and ammunition" are a significant portion of the few assets belonging to Defendant Randeep Mann and have significant monetary value which could be applied to discharge Defendant's obligations under the Court's judgments of restitution and further judgment to be obtained by Respondent in a currently pending civil action.

3. Destruction of the "seized firearms and ammunition" would be an economic waste and inflict further injury and loss on Respondent who suffered near death in the bombing which left him with him with serious, painful, and permanent injuries, including, but not limited to, the loss of one eye, loss of hearing in one ear and diminished hearing

in the other, loss of teeth, loss of muscle tissue, and significant scars and disfigurement. Respondent also incurred substantial medical expenses and loss of income as a result of his injuries.

4. Respondent is a beneficiary of the Restitution Order entered herein on May 13, 2011 and Amended Restitution Order entered on June 15, 2011. While significant sums have been paid to Respondent by Defendant Randeep Mann, substantial sums remain unpaid.

5. Respondent cannot ever be fully compensated for his losses. Even if Defendant were to discharge his obligations under the Restitution Orders, Respondent would remain far from ever being justly compensated for his injuries and losses.

6. Any further compensation must come from a judgment for damages which is yet to be entered in a civil action styled: *Trent P. Pierce and Melissa Pierce v. Randeep Mann, et al, Circuit Court Of Crittenden County, Arkansas, Case No. CV-2010-61*, in which judgment for liability for compensatory and punitive damages was entered on December 19, 2013 and trial to determine damages is set to begin, March 16, 2014.

7. The United States Attorney who is charged with enforcing the Respondent's right to restitution should not at the same time be seeking to destroy Defendant's assets that could be applied to discharge his restitution obligations.

8. This Court should conduct a hearing in which the government should be required to present evidence corroborating its assertions concerning whether any of the "seized firearms and ammunition" may not be legally possessed by someone. After a hearing to determine the legal status of the items, those items which may be legally possessed by someone – or which may be modified in order to be legally possessed by

someone – should be sold and the proceeds applied to satisfy Defendant's restitution obligations and any further judgments entered or to be entered against him.

WHEREFORE, Respondent prays that this Court schedule and conduct a hearing on the Government's motion and that it be denied.

Respectfully submitted,

Trent P. Pierce

By: /s/ Robert M. Cearley
Robert M. Cearley, Jr.
CEARLEY LAW FIRM, P.A.
212 Center Street, Suite 200
Little Rock, AR 72201
501.372.5600 (p)
501.374.3463 (f)
bob@cearleylawfirm.com

Attorney for Trent Pierce

## CERTIFICATE OF SERVICE

I, Robert M. Cearley, Jr., hereby certify that on this 22 day of August 2014, I served a copy of the foregoing upon Christopher Thyer, United States Attorney's Office, Attn: AUSA Cameron C. McCree, 425 W. Capitol Avenue, Suite 500, P.O. Box 1229, Little Rock, Arkansas 72201-1229.

Robert M. Cearley, Jr.