# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:09CR-99-BSM |
| | ) | |
| RANDEEP MANN | ) | |

## UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S MOTION FOR DISCOVERY

COMES NOW the United States of America, by and through its attorney, Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Hunter Bridges, Assistant United States Attorney, and respectfully requests this Court's leave to file a brief surreply to Mann's Motion for Leave to Proceed with Discovery.

On March 12, 2015, Mann filed a Verified Motion for Leave to Proceed with Discovery, *Doc. No. 426*. On March 19, 2015, the United States filed its Response to Mann's motion, *Doc. No. 429*. On March 23, 2015, Mann filed a 46-page Reply (not including exhibits) raising new points of fact and law not raised in the original motion, *Doc. No. 430*.

The United States therefore seeks this Court's leave to file a short---less than two pages---surreply to briefly address some of the new points raised.

    Respectfully submitted,

    CHRISTOPHER R. THYER
    United States Attorney

    By: _/s/ Hunter Bridges_
    HUNTER BRIDGES
    AR Bar Number 2012282
    P. O. Box 1229
    Little Rock, AR  72203
    Telephone: (501) 340-2620
    E-mail: Hunter.Bridges@usdoj.gov

## Certificate of Service

I hereby certify that on April 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the attorney for the defendant: John William Simon.

>   */s/ Hunter Bridges*
>   HUNTER BRIDGES
>   Bar Number 2012282
>   P. O. Box 1229
>   Little Rock, AR  72203
>   Telephone: (501) 340-2620
>   E-mail: Hunter.Bridges@usdoj.gov