IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDEEP SINGH MANN**                                             **PETITIONER**

v.                 **CASE NO. 4:09CR00099 BSM**
                  **CASE NO. 4:14CV00614 BSM**

**UNITED STATES OF AMERICA**                                **RESPONDENT**

## ORDER

       Petitioner Randeep Mann has filed a motion to reconsider the orders [Doc. Nos. 454 & 455] denying the motions for return of computers and records [Doc. Nos. 412 & 413]. The motion, however, fails to elaborate on how these orders frustrate his habeas efforts. Mann is therefore directed to file a more definite statement, describing with particularity the information contained in the computers and how it is essential to the pending section 2255 motion.

       IT IS SO ORDERED this 25th of June 2015.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE