EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) NO. 4:09CR00099-01 BSM |
| | ) |
| RANDEEP MANN | ) |

PARTIAL RELEASE OF LIEN

    The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant United States Attorney for the said district, and for its Partial Release of lien against the defendant, states:

    1.    The defendant was ordered to pay a fine in the amount of $100,000.00 in the Judgment and Commitment Order filed on February 28, 2011. The United States filed a Notice of Lien on April 4, 2011 in Pope County, Arkansas as Document 2011-42. The defendant was ordered to pay restitution in the amount of 1,015,281.24 in the Amended Restitution Order filed on June 15, 2011.  The United States filed a Notice of Lien on June 20, 2011 in Pope County, Arkansas as Document 2011-364.

    2.    In exchange for receiving a portion of the proceeds of the sale, the United States has agreed to release the lien on the property described below.

    3.    The United States hereby releases the lien on the property commonly known as:

    313 Milky Way Lane, London, Arkansas 72847, which is legally described

1

313 Milky Way Lane, London, Arkansas 72847, which is legally described as follows:

Lot 8, Star Harbor subdivision, Pope County, Arkansas.

4. This Partial Release applies to no other property or assets of Randeep Mann.

Respectfully submitted,

Cody Hiland
United States Attorney

By: Stacey E. McCord
Assistant U.S. Attorney
Arkansas Bar Number 87114
Attorney for the United States
P.O. Box 1229
Little Rock, AR  72203
Telephone: 501-340-2630
E-mail:  stacey.mccord@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, and the attorney of record will receive notification of such filing via the CM/ECF System.

Randeep Mann

/s/ Stacey E. McCord
Assistant U.S. Attorney