IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RANDEEP SINGH MANN**                                                         **PETITIONER**

v.                      **CASE NO. 4:09-CR-00099-BSM**

**UNITED STATES OF AMERICA**                                     **RESPONDENT**

## ORDER

Without delving into the merits of Randeep Mann's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 [Doc. No. 528], the motion is denied for lack of jurisdiction. District courts have jurisdiction over second or successive section 2255 motions only when the court of appeals certifies that the motion contains newly discovered evidence that would exonerate the movant or a previously unavailable and retroactive constitutional rule. 28 U.S.C. § 2255(h); *Burton v. Stewart*, 549 U.S. 147, 157 (2007). This is Mann's third 2255 motion and the Eighth Circuit has not made the above-mentioned certification. *See* Mot. to Vacate 7–13, 16–19, Doc. No. 528.

Mann's motion to correct the record [Doc. No. 530] is denied as moot.

IT IS SO ORDERED this 4th day of March, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE