IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                          PLAINTIFF

CASE NO. 4:09CR00099 BSM

RANDEEP MANN and
SANGEETA MANN                                                                     DEFENDANTS

TRENT P. PIERCE                                                                   RESPONDENT

### MOTION TO DISMISS AND RESPONSE TO MOTION TO INTERVENE

Comes Movant/Respondent Trent P. Pierce ("Pierce"), by his attorney, Robert M. Cearley, Jr., and states:

1. Sandeep Mann claims ownership and entitlement to an assortment of NFA-Regulated Firearms which Pierce desires to have sold with proceeds awarded to him in partial satisfaction of the judgment he obtained in *Trent P. Pierce and Melissa Pierce v. Randeep Mann,* Circuit Court of Crittenden County, Arkansas, No. CV-2010-61 (Affirmed, 2016 Ark. 418), which remains largely unsatisfied.

2. Sandeep Mann's claim is based upon a judgment he obtained in *Sandeep* Mann v. *Randeep Mann*, Circuit Court of Pope County, Arkansas, No. CV-2014-56 on May 14, 2014.

3. Ark. Code Ann. § 16-56-114 provides, "Actions on all judgments and decrees shall be commenced within ten (10) years after a cause of action accrues, and not afterward." The claims asserted by Sandeep Mann here, more than ten (10) years after the judgment upon which he relies, are barred by limitations

4. Sandeep Mann's Motion For Order Appointing Special Master And Authorizing Sale of Seized Firearms and Ammunition fails to state a claim upon which relief may be granted

1

and should be dismissed.

5.As Sandeep Mann's Motion to Intervene and Defend Sandip Singh Mann's Assets is also based upon his claim of ownership arising from the same judgment upon which further action is barred by limitations, it must be denied.

WHEREFORE, Movant/Respondent prays that he be granted the relief requested herein and all other just, proper, legal, and equitable relief to which he may be entitled.

Respectfully submitted,

Trent P. Pierce

By: */s/ Robert M. Cearley, Jr.*
Robert M. Cearley, Jr.
CEARLEY LAW FIRM, P.A.
610 South Rock Street
Little Rock, AR 72202
501.372.5600 (p)
501.374.3463 (f)
bob@cearleylawfirm.com

Attorney for Trent Pierce

## CERTIFICATE OF SERVICE

      I, Robert M. Cearley, Jr., hereby certify that on June 17, 2024, I electronically filed the foregoing with the office of the Clerk of the Court which shall send notification of such filing to all attorneys of record. On the same day, I provided notice of this motion by electronic mail to the following:

United States Attorney's Office
Attn: AUSA Cameron C. McCree
and AUSA Michael S. Gordon
425 W. Capitol Avenue, Suite 500
P.O. Box 1229
Little Rock, Arkansas 72201-1229
Cameron.McCree@usdoj.gov
Michael.Gordon@usdoj.gov

John Norrell
John Norrell, Inc.
13520 Saddle Hill Drive
Little Rock, AR 72221
Smg1022@sbcglobal.net

Samdeep Singh Mann
mannss@gmail.com

                                                */s/ Robert M. Cearley, Jr.*
                                                Robert M. Cearley, Jr.